UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-31738 |
|---|---|
| MICHELE LYNN STRUNKS | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4019881**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 48 | T MOBILE USA INC<br>T MOBILE BANKRUPTCY<br>BOX 53410<br>BELLEVUE, WA  98015 | 6.94 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2010

Certificate of Service        07-31738

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MICHELE LYNN STRUNKS
512 ADRIAN COURT
BROOKVILLE, OH  45309

HAROLD W WAMPLER I I I
1343 WOODMAN DR
STE B
DAYTON, OH  45432

(56.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(48.1)
T MOBILE USA INC
T MOBILE BANKRUPTCY
BOX 53410
BELLEVUE, WA  98015

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                sv